Nebraska Supreme Court Online Library
www.nebraska.gov/courts/epub/
01/15/2016 12:05 PM CST

Nebraska Advance Sheets
292 Nebraska Reports
STATE v. CARTER
Cite as 292 Neb. 481

State of Nebraska, appellee, v.
Victor L. Carter, appellant.
___ N.W.2d ___

Filed January 15, 2016.    No. S-14-1089.

SUPPLEMENTAL OPINION

Appeal from the District Court for Douglas County: Gary B. Randall, Judge. Affirmed.

Steve Lefler, of Lefler, Kuehl & Burns, for appellant.

Douglas J. Peterson, Attorney General, and Kimberly A. Klein for appellee.

Victor L. Carter, pro se.

Heavican, C.J., Wright, Connolly, McCormack, Miller-Lerman, Cassel, and Stacy, JJ.

Per Curiam.

We held case No. S-14-1089 under submission pending payment of the statutory docket fee pursuant to our decision in *State v. Carter*.[1] The docket fee was timely paid, and we now consider the merits of the appeal. As was foreshadowed in *Carter*, we find Victor L. Carter's motion for postconviction relief to be meritless. Accordingly, we affirm the order of the district court.

Affirmed.

McCormack, J., not participating in the decision.

[1] *State v. Carter*, 292 Neb. 16, 870 N.W.2d 641 (2015).